Toni J. Jaramilla (State Bar #174625)
May Mallari (State Bar #207167)
TONI J. JARAMILLA,
A Professional Law Corporation
10100 Santa Monica Blvd., Suite 300
Los Angeles, CA 90067
Telephone: (310) 551-3020
Facsimile: (310) 551-3019
Email: Toni@tjjlaw.com; May@tjjlaw.com

David J. Duchrow, Esq. (State Bar #105617)
Law Office of David J. Duchrow
11340 W. Olympic Blvd., Ste. 305
Los Angeles, CA 90064
Telephone: (310) 479-5303
Facsimile: (310) 479-5306
Email: dduchrow@djduchrowlaw.com

Attorneys for Plaintiff
RUBY DE VERA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBY DE VERA, an individual;<br><br>  Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, a public entity; ED REYES, an individual; and DOES 1 through 100, inclusive,<br><br>  Defendants. | Case No. CV06-8225 GW (JCx)<br><br>Assigned to: Hon. Stephen V. Wilson<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING DEADLINES FOR EXPERT WITNESS DISCLOSURES, EXPERT WITNESS DEPOSITIONS, MOTIONS, DISCOVERY, AND SUMMARY JUDGMENT MOTIONS**<br><br>Action Filed: September 29, 2006<br>Trial Date: July 10, 2007<br><br>Expert Witness Disclosures: June 1, 2007<br>Supplemental Disclosure: June 8, 2007<br>Expert Witness Deposition<br>Cut-off: June 20, 2007 |

///

///

1

STIPULATION AND [PROPOSED] ORDER SETTING THE DEADLINES FOR EXPERT WITNESS DISCLOSURES, EXPERT WITNESS DEPOSITIONS, MOTIONS, DISCOVERY, AND SUMMARY JUDGMENT MOTIONS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

On March 12, 2007, a New Case Status Conference was held in which a trial date of July 10, 2007 and a pre-trial conference date of June 25, 2007 were set. However, dates for expert witness disclosures, discovery, and motion deadlines were not set.

Plaintiff Ruby DeVera and Defendants City of Los Angeles and Councilman Ed Reyes, by and through their respective counsel of record, stipulate as follows:

1. That expert witness reports per FRCP Rule 26(a)(2) will be exchanged between the parties by facsimile or personal delivery on June 1, 2007;

2. That any supplemental expert reports will be provided by facsimile or personal delivery on June 8, 2007;

3. That expert witness depositions must be commenced on or before June 20, 2007;

4. That the last day for completion of discovery will be June 11, 2007. All written discovery must be served such that responses are due on or before said date, and all depositions must be commenced prior to said date;

5. That the last date for hearing discovery motions will be June 29, 2007. All discovery motions must be filed such that the hearing for said motions will occur on or before said date;

///
///
///

6. That Rule 56 motion, if any, will be filed no later than May 21, 2007.

Respectfully submitted,

DATED: April 30, 2007       TONI J. JARAMILLA, A Professional Law Corp.

By: _____
Toni J. Jaramilla, Esq.
Attorneys for Plaintiff
RUBY DE VERA

ADORNO YOSS ALVARADO & SMITH

DATED: April 26, 2007

By: _____
Theodore E. Bacon, Esq.
Attorneys for Defendants
CITY OF LOS ANGELES, ED REYES

ROCKARD J. DELGADILLO, City Attorney

DATED: April 27, 2007

By: _____
Name: Angel Manzano
Attorney for CITY OF LOS ANGELES

## ORDER

This matter having come before the Court on the foregoing stipulation and good cause appearing therefore,

IT IS HEREBY ORDERED that the Court sets the following deadlines and methods of delivery:

1. That expert witness reports per FRCP Rule 26(a)(2) will be exchanged between the parties by facsimile or personal delivery on June 1, 2007;

2. That any supplemental expert reports will be provided by facsimile or personal delivery on June 8, 2007;

///

3. That expert witness depositions must be commenced on or before June 20, 2007;

4. That the last day for completion of discovery will be June 11, 2007. All written discovery must be served such that responses are due on or before said date, and all depositions must be commenced prior to said date;

5. That the last date for hearing discovery motions will be June 29, 2007. All discovery motions must be filed such that the hearing for said motions will occur on or before said date;

6. That Rule 56 motion, if any, will be filed no later than May 21, 2007.

Dated: May __7__, 2007         By: _____
                                    Hon. George H. Wu
                                    United States District Court Judge

4

STIPULATION AND [PROPOSED] ORDER SETTING THE DEADLINES FOR EXPERT WITNESS DISCLOSURES, EXPERT WITNESS DEPOSITIONS, MOTIONS, DISCOVERY, AND SUMMARY JUDGMENT MOTIONS

## PROOF OF SERVICE

### FOR THE STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 10100 Santa Monica Blvd., Suite 300, Los Angeles, CA 90067.

On May 1, 2007, I served the foregoing documents described as **STIPULATION AND [PROPOSED] ORDER SETTING DEADLINES FOR EXPERT WITNESS DISCLOSURES, EXPERT WITNESS DEPOSITIONS, MOTIONS, DISCOVERY, AND SUMMARY JUDGMENT MOTIONS** on the interested parties in this action.

___ by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

___ by TELECOPIER and;

_X_ by placing ___ the original _X_ a true copy in a sealed envelope addressed as follows:

Raul Salinas, Esq.
Ted Bacon, Esq.
Adorno Yoss Alvarado & Smith
633 W. 5th Street Suite 1150
Los Angeles, California 90012

Rockard J. Delgaldillo, Esq.
Michael Classens, Esq.
Los Angeles City Attorney's Office
200 North Main Street
700 City Hall East
Los Angeles, California 90012

David J. Duchrow, Esq.
Law Office of David J. Duchrow
11340 W. Olympic Boulevard
Suite 305
Los Angeles, CA 90064

_X_ I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

___ BY PERSONAL SERVICE, delivered the envelope by hand on the addressee.

___ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_X_ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 1, 2007, at Los Angeles, California.

May Mallari