Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No. | CV 06-8225 GW(JCx) | Date  July 12, 2007 |
| Title | Ruby De Vera v. City of Los Angeles, et al. | |

Present: The Honorable **Jacqueline Chooljian, United States Magistrate Judge**

| Kimberly I. Carter | None | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:   Attorneys Present for Defendants:

Toni J Jaramilla                Raul F. Salinas
David J. Duchrow               Theodore E. Bacon

**Proceedings:**     **SETTLEMENT CONFERENCE**

On July 12, 2007, the parties appeared before this court for a settlement conference which was held off the record. Toni J. Jaramilla and David J. Duchrow, counsel for plaintiff, appeared with plaintiff Ruby De Vera. Raul F. Salinas and Theodore E. Bacon appeared on behalf of the City of Los Angeles and Ed Reyes. The City's representative Michael L. Claessens also appeared. Ed Reyes appeared telephonically. Subject to City approval, a settlement in this matter was reached, the terms of which are attached hereto. The court directed counsel to provide notice of the settlement to the assigned District Judge.

DOCKETED ON CM
JUL 16 2007
BY _____ 110

Initials of Deputy Clerk     8.5 hours

kc

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBY DE VERA, | Case No. CV 06-8225 GW(JCx) |
| Plaintiff, | SETTLEMENT AGREEMENT |
| v. | |
| CITY OF LOS ANGELES, et al., | |
| Defendant. | |

Plaintiff Ruby De Vera, individually and by and through her counsel Toni J. Jaramilla and David J. Duchrow, and defendant City of Los Angeles (the "City"), by and through its representative Michael L. Claessens and its counsel Raul F. Salinas and Theodore E. Bacon, hereby stipulate and agree, **subject to City approval**:

1. The City agrees to pay to plaintiff $125,000;

2. Plaintiff agrees to dismiss defendant Ed Reyes from this action without prejudice forthwith. (A copy of the Unopposed Request for Dismissal submitted to the court this date is attached). Plaintiff retains the right to refile this action against defendant Reyes if the settlement is not consummated. In that event, defendants agree that the filing date of any such action relates back to the filing date of the complaint in the instant action.

3. Defendant Reyes waives and all claims or costs in connection with this litigation.

4. Defendants by this settlement, make no admission of liability.

5. The City shall, within seven (7) days provide plaintiff with a settlement and release for all claims. Within seven (7) days of receipt, plaintiff shall complete, execute and return such documents to the City.

6. Plaintiff shall file a dismissal of this action (including federal and ancillary state claims) with prejudice as to City and defendant Reyes within seven days of the City's check clearing.

7. Each side is to bear their own costs and attorneys' fees.

IT IS SO STIPULATED.

Dated: July 12, 2007

_____
Plaintiff Ruby De Vera

Dated: July 12, 2007

_____
Toni J. Jaramilla
Counsel for Plaintiff Ruby De Vera

Dated: July 12, 2007

_____
Michael L. Claessens
Representative of City of Los Angeles

Dated: July 12, 2007

_____
Raul Salinas/Theodore E. Bacon
Counsel for City of Los Angeles and Ed Reyes

2

COPY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBY DE VERA,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>    Defendant. | Case No. CV 06-8225 GW(JCx)<br><br>UNOPPOSED REQUEST FOR VOLUNTARY DISMISSAL OF DEFENDANT ED REYES |

Plaintiff Ruby De Vera, individually and by and through her counsel of record Toni J. Jaramilla hereby moves for the voluntary dismissal of defendant Ed Reyes. Plaintiff represents that defendants have no opposition to the request for voluntary dismissal.

Dated: July 12, 2007

_/s/ Ruby De Vera_
Plaintiff Ruby De Vera

Dated: July 12, 2007

_/s/ Toni J. Jaramilla_
Toni J. Jaramilla
Counsel for Plaintiff Ruby De Vera